Order entered December 17, 2012

005297



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01605-CV

## ONE THOUSAND SEVEN HUNDRED NINETY-SEVEN DOLLARS AND FIFTY-FIVE CENTS IN U.S. CURRENCY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC12-11492-G

## ORDER

The Court has before it appellant Pedro Medrano's December 11, 2012 motion to be exempt from the requirements of Rule 32.1 of the Texas Rules of Appellate Procedure. The Court **DENIES** the motion. On its own motion, the Court **GRANTS** an extension of time for appellant to file his docketing statement and **ORDERS** that he file his docketing statement within thirty days of the date of this order.

MOLLY FRANCIS
JUSTICE